STAN S. MALLISON (Bar No. 184191)
  StanM@TheMMLawFirm.com
HECTOR R. MARTINEZ (Bar No. 206336)
  HectorM@theMMLawFirm.com
GONZALO QUEZADA (Bar No. 338386)
  GQuezada@TheMMLawFirm.com
MALLISON & MARTINEZ
1939 Harrison Street, Suite 730
Oakland, California 94612-3547
Telephone: (510) 832-9999
Facsimile: (510) 832-1101

Attorneys for Plaintiffs and a class of similarly situated employees

*[Additional Counsel Continued On Next Page]*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—DISTRICT OF SACRAMENTO

| | |
|---|---|
| Plaintiffs LUIS BARAJAS, MARIA VARGAS, and ELBA VIZCAINO, on behalf of a class of similarly situated individuals,<br><br>Plaintiffs<br><br>vs.<br><br>BLUE DIAMOND GROWERS INC, DENISE HORN, individually, and DOES 1 through 40, inclusive<br><br>Defendants. | **Case No. 1:20-cv-00679-JLT-SKO**<br><br>**STIPULATION AND REQUEST AND ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT AND FILE THIRD AMENDED COMPLAINT; ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>**(Doc. 40)**<br><br>Trial Date: Not Set |

SEYFARTH SHAW LLP
Candace Bertoldi (SBN 254725)
cbertoldi@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

SEYFARTH SHAW LLP
Coby M. Turner (SBN 266298)
cturner@seyfarth.com
Tiffany T. Tran (SBN 294213)
ttran@seyfarth.com
Phillip J. Ebsworth (SBN 311026)
pebsworth@seyfarth.com
Michelle L. DuCharme (SBN 285572)
Mducharme@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:          (916) 448-0159
Facsimile:          (916) 558-4839

Attorneys for Defendants
BLUE DIAMOND GROWERS,
(erroneously sued as BLUE DIAMOND GROWERS INC.) and DENISE HORN

2

Stip and Order Extending Time To Respond to Complaint     Case No. 1:20-CV-00679-JLT-SKO

**1**   Pursuant to Local Rules 144(a), Plaintiffs Luis Barajas, Maria Vargas, And Elba Vizcaino, on behalf of themselves and those similarly situated ("Plaintiffs") and Defendants Blue Diamond Growers and Denise Horn ("Defendants") (collectively, "Parties") hereby stipulate, and request as follows:

1. The Parties previously stipulated to an extension of time for Defendants to file its Response to Plaintiffs' Second Amended Complaint ("Complaint") for twenty-eight (28) days so they Parties could meet and confer, pursuant to the Local Rule 144(a), which allows Parties to stipulate to extend time to respond to a complaint for up to twenty-eight (28) days.

2. The Parties met and conferred regarding Plaintiffs' Complaint and Plaintiffs will amend the Complaint and file a Third Amended Complaint.

3. To avoid unnecessary law and motion, the Parties request an additional extension of thirty (30) days for Defendants to file its Response to Plaintiffs' Second Amended Complaint so Plaintiffs may amend its Complaint and file a Third Amended Complaint.

IT IS SO STIPULATED.

Dated: July 11, 2022                                         MALLISON & MARTINEZ

By: /s/ Hector R. Martinez

Stan Mallison
Hector Martinez
Gonzalo Quezada
Attorneys for Plaintiffs

SEYFARTH SHAW LLP

By: /s/ Phillip J. Ebsworth
Candace Bertoldi
Coby M. Turner
Tiffany Tran Madison
Phillip J. Ebsworth
Michelle L. DuCharme
Attorneys for Defendants

# ORDER

After consideration of the parties' foregoing Stipulation (Doc. 40), and good cause appearing to extend time to respond to Plaintiffs Second Amended Complaint, the Court Orders as follows:

(a) Defendants' time to Respond to Plaintiffs Second Amended Complaint is EXTENDED to **August 11, 2022**;

(b) Plaintiffs may file its Third Amended Complaint by **July 26, 2022**; and

(c) The Initial Scheduling Conference, currently set for August 30, 2022, is CONTINUED to **September 27, 2022**, at 9:45 AM before Magistrate Judge Sheila K. Oberto. The parties shall file their joint scheduling report no later than seven days before the Conference.

IT IS SO ORDERED.

Dated:   **July 12, 2022**          /s/ *Sheila K. Oberto*
                          UNITED STATES MAGISTRATE JUDGE