HANSON BRIDGETT LLP
RAYMOND F. LYNCH, SBN 119065
rlynch@hansonbridgett.com
EMILY J. LEAHY, SBN 253866
ELeahy@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Co-Counsel for Defendant
BLUE DIAMOND GROWERS

SEYFARTH SHAW LLP
CANDACE BERTOLDI (SBN 254725)
cbertoldi@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles California 90017
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

SEYFARTH SHAW LLP
COBY M. TURNER (SBN 266298)
cturner@seyfarth.com
TIFFANY TRAN MADISON (SBN 294213)
tmadison@seyfarth.com
PHILLIP J. EBSWORTH (SBN 311026)
pebsworth@seyfarth.com
MICHELLE DUCHARME (SBN 285572)
mducharme@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
BLUE DIAMOND GROWERS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS BARAJAS, et al., | Case No. 1:20-CV-00679-KJM-JDP |
| Plaintiffs, | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| BLUE DIAMOND GROWERS INC., et al., | |
| Defendants. | |

1   In light of the parties' stipulation requesting continuance of the scheduled status conference and the pending Motion to Dismiss, ECF No. 52, the Status (Pretrial Scheduling) Conference set for January 25, 2024, is **vacated**, and will be reset as appropriate.  On its own motion, the court **sets** a Hearing as to the Motion to Dismiss, ECF No. 52, for February 16, 2024, at 10:00 AM in Courtroom 3 before Chief District Judge Kimberly J. Mueller in the Sacramento Courthouse.

**IT IS SO ORDERED.**

DATED:  January 5, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE