1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    Luis Barajas, et al.,                           No. 1:20-cv-00679-KJM-JDP

12                          Plaintiffs,

13          v.

14    Blue Diamond Growers Inc., et al.,

15                          Defendants.

16    _____

17    Sergio Yoni Cano, individually and on behalf    No. 2:23-cv-01266-MCE-KJN
      of all others similarly situated,

18                                                     RELATED CASE ORDER
                            Plaintiff,

19          v.

20    Blue Diamond Growers,

21                          Defendant.

22    _____

23          Examination of the above-captioned actions reveals that they are related within the

24    meaning of the Local Rules.  "[B]oth actions involve similar questions of fact and the same

25    question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

26    substantial savings of judicial effort."  Local Rule 123(a)(3).  The assignment of these matters to

27    the same judge is likely to effect a substantial savings of judicial effort and is likely to be

28    convenient for the parties.

                                               1

1       The parties should be aware that relating cases under Rule 123 causes the actions to be

2   assigned to the same judge—it does not consolidate the actions.  Under Rule 123, related cases

3   are generally assigned to the judge and magistrate judge to whom the first filed action was

4   assigned.

5       As a result, it is hereby ORDERED that Case No. 2:23-cv-01266-MCE-KJN is reassigned

6   from District Judge Morrison C. England, Jr. to the undersigned and from Magistrate Judge

7   Kendall J. Newman to Magistrate Judge Jeremy D. Peterson.  The caption on documents filed in

8   the reassigned case shall show Case No. 2:23-cv-01266-KJM-JDP.

9       It is further ORDERED that the Clerk of the Court make appropriate adjustment in the

10  assignment of civil cases to compensate for this reassignment.

11      IT IS SO ORDERED.

12  DATED:  January 5, 2024.

13      _____

    CHIEF UNITED STATES DISTRICT JUDGE